JMK:MSA/MEB
F. #2016R00695

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JEAN BOUSTANI et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 18-681 (WFK)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mark E. Bini, for an Order unsealing a redacted copy of the indictment and the above-captioned matter with respect to the defendants JEAN BOUSTANI, MANUEL CHANG, ANDREW PEARSE, SURJAN SINGH and DETELINA SUBEVA only, and that redacts the names of co-defendants who have not yet been apprehended.

WHEREFORE, it is ordered that the redacted indictment and matter be unsealed as to the defendant JEAN BOUSTANI, MANUEL CHANG, ANDREW PEARSE, SURJAN SINGH and DETELINA SUBEVA only.

Dated:   Brooklyn, New York
            January 3            , 2019

_____
S/ PEGGY KUO
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK