MSA/MEB
F. #2016R00695

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ JAN 04 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA

- against -

JEAN BOUSTANI et al.,

        Defendants.

----------------------------X

O R D E R

CR 18-681 (WFK)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mark E. Bini, for an Order setting an initial status conference in this matter.

        WHEREFORE, it is ordered that an initial status conference is scheduled for January 22, 2019 at noon.

Dated:   Brooklyn, New York
          January 4, 2019

                            s/WFK
                       HONORABLE WILLIAM F. KUNTZ
                       UNITED STATES DISTRICT COURT JUDGE
                       EASTERN DISTRICT OF NEW YORK