UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                         CR 18-681 (WFK)

JEAN BOUSTANI et al,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorneys Margaret A. Moeser and Sean W. O'Donnell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Senior Trial Attorney Margaret A. Moeser
    Trial Attorney Sean W. O'Donnell
    Money Laundering and Asset Recovery Section
    Criminal Division, U.S. Department of Justice
    1400 New York Ave, NW
    Washington, D.C. 20005
    Tel:  (202) 598-2345 (Moeser)
    Tel:  (202) 353-2467 (O'Donnell)
    Fax:  (202) 514-5522
    Email: Margaret.Moeser@usdoj.gov
    Email: Sean.ODonnell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorneys Margaret A. Moeser and Sean W. O'Donnell at the email addresses set forth above.

Dated: Washington, D.C.
January 8, 2019

Respectfully submitted,

DEBORAH L. CONNOR
Chief, Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice

By: /s/ Margaret A. Moeser
Margaret A. Moeser
Senior Trial Attorney

cc: Clerk of the Court (WFK)