UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                           CR 18-681 (WFK)

JEAN BOUSTANI et al,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney David M. Fuhr from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney David M. Fuhr
    Fraud Section
    Criminal Division, U.S. Department of Justice
    1400 New York Ave, NW
    Washington, D.C. 20005
    Tel:  (202) 616-3504
    Fax:  (202) 616-3511
    Email: david.fuhr@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney David M. Fuhr at the email address set forth above.

Dated: Washington, D.C.
January 21, 2019

Respectfully submitted,

ROBERT A. ZINK
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/ David M. Fuhr
David M. Fuhr
Trial Attorney

cc: Clerk of the Court (WFK)