

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MSA/MEB
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 8, 2019

**By FedEx**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

        Re:    United States v. Jean Boustani et al.
                  Criminal Docket No. 18-681 (WFK)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

- Search Warrant materials:
  DOJSW-0000844348 to DOJSW-0002922966.
  (By FedEx);

- Search Warrant application:
  DOJ-SW-APP-000232 – DOJ-SW-APP-000241.
  (By Email).

                            Very truly yours,

                            RICHARD P. DONOGHUE
                            United States Attorney
                            Eastern District of New York

           By:        /s/
                     Matthew S. Amatruda
                     Mark E. Bini
                     Assistant U.S. Attorneys
                     (718) 254-7012/8761