

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MSA/MEB
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

      Re:    United States v. Jean Boustani et al.
                  Criminal Docket No. 18-681 (WFK)

Dear Counsel:

      Enclosed please find further discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government again requests reciprocal discovery from the defendant.

- Open Source Materials:[1]
  DOJ0002076325 – DOJ0002076712.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:     /s/
      Matthew S. Amatruda
      Mark E. Bini
      Assistant U.S. Attorneys
      (718) 254-7012/8761

---

[1] Translations of the Mozambique Parliamentary materials bates stamped DOJ0002076636 – DOJ0002076712 were provided by the Securities and Exchange Commission.