AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   18-CR-681 (WFK) |
| Boustani et. al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Detelina Subeva                              .

Date:   05/20/2019

s\ Michael G. McGovern
*Attorney's signature*

Michael G. McGovern
*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

*Address*

michael.mcgovern@ropesgray.com
*E-mail address*

(212) 841-8860
*Telephone number*

*FAX number*