U.S.D.J.  William F. Kuntz, II                                          DATE: 5/20/2019

## CRIMINAL CAUSE FOR PLEADING

USA v. Boustani   Docket No. 18-cr-681-8   Time: 4:09 P.M.   In Court: 42min

Defendant: Detelina Subeva
 X  present  ____ not present  ____ custody   X  bail


Def. Counsel: Michael McGovern, Esq.
 X  present  ____ not present   X  RET  ___ LAS  ___ CJA


AUSA: Marc Bini, Heral Mehta, David Fuhr          Deputy: Andrew Jackson

Court Reporter: Anthony Frisolone    Interpreter: N/A    Language: English

  X    Case Called
  X    Defendant's First Appearance
  X    Defendant:  X  Sworn  X  Arraigned  X  Informed of Rights
_____  Waiver of Indictment Executed for Defendant
_____  Superseding Indictment/Information Filed
_____  Bench Warrant Issued:
  X    Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count(s) 4
       of the Indictment/Superseding Indictment/Information.
_____  Defendant Enters a Plea of Guilty to count(s) ____ Of _____ the Information.
  X    Court Finds Factual Basis for the Plea
_____  Sentencing will be set by the Probation Office.
  X    The Probation Office is directed to prepare and file the PSR by  5:00 P.M.  on 11/20/2019
_____  Sentencing is scheduled for _____ at _____.
  X    Bail/Bond:  X  Set _____ Continued for Defendant ____ Continued in Custody
_____  Case Adjourned to ___/___/_____ at
  X    Court accepts the Plea of Guilty.
_____  Transcript Ordered:

Text: The Defendant entered a plea of not guilty to Counts One, Two, and Three of the Indictment. The following documents were marked as court exhibits and entered into evidence: (1) The Indictment (Court's exhibit one), (2) The Agreement (Court's exhibit two sealed), (3) Court's Bond Order (Court's exhibit three), and (4) Order Setting Conditions of Release and Appearance Bond (Court's exhibit four).