UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES,                                   :
                                                 :
            v.                                   :
                                                 :    **ORDER**
DETELINA SUBEVA,                                 :    18-CR-681-8
                                                 :
            Defendant.                           :
-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ORDERS the defendant Detelina Subeva ("Defendant") be released on bail under the following conditions:

1. A $2 million bond secured by $500,000.00 in cash. Defendant shall remit the $500,000.00 to a client account held in New York by defense counsel, Ropes & Gray, LLP, in advance of her May 20, 2019 initial appearance, and defense counsel shall subsequently deposit it with the Clerk of the Court within 48 hours of the Court's order setting bail conditions.

2. Travel shall be restricted to the United Kingdom, the Eastern District of New York, and the Southern District of New York, with travel between the United Kingdom and New York for the purposes of court proceedings only.

3. Written notice shall be provided to the government of all itineraries in advance of travel to and from New York for purposes of these proceedings, including for meetings with the government. This Court is to be provided with copies of the written notice at the same time as the government.

4. Defendant shall surrender her passport to defense counsel, who shall not release her passport except temporarily for the purposes of approved travel between the United Kingdom

COURT'S EXHIBIT NO. 3 IDENTIFICATION/EVIDENCE DKT.# 18cr681-8 DATE: 5-20-19

and New York and shall accompany the defendant for all such travel. Defendant shall not apply for any travel documents.

5. Defendant shall not engage in financial transactions over $15,000.00 without the prior consent of the U.S. Attorney's Office and the express, written notice of this Court.

6. Defendant shall report to Pretrial Services via telephone and internet as directed.

7. Defendant shall report in person to defense counsel's office in London, United Kingdom, on a weekly basis, and defense counsel shall provide same-day, written confirmation to Pretrial Services of each check-in.

8. Defendant shall report by telephone or video conference on a weekly basis to the Federal Bureau of Investigation agents handling this case.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2019
Brooklyn, New York