**ROPES & GRAY**
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 3, 2020

Michael G. McGovern
T +1 212 841 8860
michael.mcgovern@ropesgray.com

**VIA EMAIL AND ECF**

The Honorable William F. Kuntz
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Detelina Subeva (18-CR-681)

Dear Judge Kuntz:

     We represent Detelina Subeva in the above-referenced case. On March 17, 2020, in light of the COVID-19 pandemic, the Court granted a modification to Ms. Subeva's bail conditions, suspending the condition that she report in person to defense counsel's offices in London, United Kingdom on a weekly basis. As our firm's London offices have not yet resumed normal business operations, we request the modification to be extended through December 31, 2020.

     The Government and Pretrial Services consent to this request.

     Please feel free to contact me at 212-841-8860 with any questions.

Respectfully submitted,

*Michael G. McGovern /pw*

Michael G. McGovern

cc:   Mark E. Bini, Esq.
      Hiral D. Mehta, Esq.
      Robert Stehle (Pretrial Services)

The application is ✓ granted.
SO ORDERED ~~denied.~~

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Sept. 3, 2020
Brooklyn, New York