

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

February 2, 2021

Michael G. McGovern
T +1 212 841 8860
michael.mcgovern@ropesgray.com

**BY ECF**

The Honorable William F. Kuntz
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Detelina Subeva (18-cr-681)

Dear Judge Kuntz:

On December 23, 2020, the Court granted an extension for the parties to file their respective objections to the United States Department of Probation's Pre-Sentence Investigation Report, dated December 16, 2020 ("PSR").  At that time, the Court granted an extension until February 5, 2021 for the parties to file their respective objections.

Given the various issues raised in the PSR and ongoing discussions between the parties regarding potential agreed-upon objections to certain parts of the PSR, the parties jointly request a second extension of approximately 30 days until March 8, 2021, to file their respective objections to the PSR.

Respectfully,

Michael G. McGovern

cc:   Mark E. Bini
      Hiral D. Mehta
      Shayna Bryant (U.S. Probation – Eastern District of New York)

92296080_1