UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                     18-CR-681 (NGG)

JEAN BOUSTANI et al,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Peter L. Cooch from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Peter L. Cooch
    Trial Attorney
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Tel:    (202) 924-6259
    Fax:   (202) 616-3511
    Email: peter.cooch@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Peter L. Cooch at the email address set forth above.

Dated: Brooklyn, New York
June 26, 2023

                              Respectfully submitted,

                              GLENN S. LEON
                              Chief, Fraud Section

By:   /s/ Peter L. Cooch_____
       Peter L. Cooch
       Trial Attorney

cc:     Clerk of the Court (NGG)