# ægis law group LLP

June 24, 2024

**VIA ECF:**

The Honorable Nicholas G. Garaufis
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Boustani et al.* (Case No. 18-CR-681)
              Pro Hac Vice Motion / Thomas E. Shakow

Dear Judge Garaufis:

Per request of the Court, and in connection with the motion of Thomas E. Shakow for admission pro hac vice in this matter dated August 11, 2023 (Dkt. #478), please find attached:

(1) a Certificate of Good Standing from the Supreme Court of California, dated June 17, 2024; and

(2) a Certificate of Good Standing from the Supreme Court of Virginia, dated June 18, 2024.

              Respectfully submitted,

              AEGIS LAW GROUP, LLP

              Thomas Shakow
              Counsel for Surjan Singh

cc: All Counsel of Record (via ECF)



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*THOMAS EDWARD SHAKOW*</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS EDWARD SHAKOW, # 199998, was on the 18th day of December 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of June 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Biying Jia Assistant Deputy Clerk*

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Thomas Edward Shakow

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 6, 2005.

I further certify that so far as the records of this office are

concerned, Thomas Edward Shakow is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 18th day of June

A.D. 2024

By: _____

*Deputy Clerk*